# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| *In re Tampa Bay Rays Baseball Ltd. TCPA Litigation* | Consolidated Case No. 8:18-cv-1187-TPB-JSS |

## STIPULATION OF DISMISSAL OF ACTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs James Thomas and Chad Fernandez and Defendants Tampa Bay Rays Baseball, Ltd. and MLB Advanced Media, L.P. hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own fees and costs.

Dated: April 21, 2020

Respectfully submitted,

**CAREY RODRIGUEZ**
**MILIAN GONYA LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

By: */s/ Ruben Conitzer*
David P. Milian (Fla. Bar No. 844421)
*dmilian@careyrodriguez.com*
Juan J. Rodriguez (Fla. Bar No. 613843)
*jrodriguez.@careyrodriguez.com*
*cperez@careyrodriguez.com*
Ruben Conitzer (Fla. Bar No. 100907)
*rconitzer@careyrodriguez.com*
*ecf@careyrodriguez.com*

*Counsel for Plaintiffs*


**HOLLAND & KNIGHT LLP**

*/s/ Charles Wachter*
Bradford D. Kimbro
Florida Bar No. 908002
Joseph H. Varner, III

Florida Bar No. 394904
Charles Wachter
Florida Bar No. 509418
Brandon Faulkner
Florida Bar No. 58560
100 N. Tampa St., Suite 4100
Tampa, Florida  33602
Telephone: (813) 227-8500
Facsimile:  (813) 229-0134

*Counsel for Tampa Bay Rays Baseball Ltd.*

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

*/s/ Alan Littmann*
Alan Littmann (admitted *pro hac vice*)
alittmann@goldmanismail.com
Andrew J. Rima (admitted *pro hac vice*)
arima@goldmanismail.com
Doug Winnard (admitted *pro hac vice*)
dwinnard@goldmanismail.com
200 S. Wacker St., 22nd Fl.
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for MLB Advanced Media, L.P.*